U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 7 2006

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRIAN GARNER

versus

CITY OF SHREVEPORT

CIVIL ACTION NO. 06-0299

JUDGE WALTER

MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Before the court is Defendant's Motion to Compel Discovery Responses (Doc. 10). According to the motion, Defendant propounded written discovery to Plaintiff on April 20, 2006, but Plaintiff, despite several requests, has not provided any responses. The motion further represents that Plaintiff has not provided his witness list, which, according to the Scheduling Order (Doc. 7) was due by May 4, 2006.

The Motion to Compel is **granted**. Plaintiff is ordered to provide his witness list and full and complete responses to Defendant's written discovery requests no later than **August 11, 2006**. Defendant's request for attorneys fees and expenses is denied, but Defendant may re-urge the request in the event of non-compliance by Plaintiff with this order.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 27 day of July, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE